IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al*[1] | Case No.: 16-10238 (MFW) |
| Debtors. | (Jointly Administered) |
| DEAN A. ZIEHL, AS LITIGATION TRUSTEE FOR THE SFX LITIGATION TRUST, | Chapter 11 |
| Plaintiff | Adv. Pro. No. 18-50166 (MFW) |
| vs. | |
| SUNBELT RENTALS, INC., a North Carolina corporation | |
| Defendant. | |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION
AND PROPOSED ORDER EXTENDING TIME FOR FILING
AN ANSWER OR RESPONSE TO COMPLAINT**

Undersigned counsel to Plaintiff, Dean A. Ziehl, as Litigation Trustee for the SFX Litigation Trust, as successor in interest to the estates (the "Estates") of the above captioned debtors (the "Debtors") hereby certifies as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SPX-Disco Intermediate Holdco LLC (5441); SPX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SPX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SPX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SPX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Cooperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15 Floor, New York, NY 10010.
DOCS_DE:219101.1 76897/001

The Plaintiff and the above captioned defendant (the "Defendant") have agreed, subject to this Court's approval, to extend Defendant's time to answer or respond to the Plaintiff's complaint against the Defendant. Attached as <u>Exhibit A</u> is a proposed form of order approving the stipulation. The stipulation is attached as <u>Exhibit 1</u> to the proposed form of order.

WHEREFORE the Plaintiff and the Defendant request that this Court enter the proposed form of order.

Dated: April 19, 2018

          PACHULSKI STANG ZIEHL & JONES LLP

          */s/ Colin R. Robinson*
          Kenneth H. Brown (CA Bar No. 100396)
          Steven J. Kahn (CA Bar No. 76933)
          Maria A. Bove (NY Bar No. 3065943)
          Colin R. Robinson (DE Bar No. 5524)
          919 North Market Street, 17th Floor
          P.O. Box 8705
          Wilmington, DE 19899-8705 Telephone: 302/652-4100 Facsimile: 302/652-4400
          E-mail:    kbrown@pszjlaw.com
                         skahn@pszjlaw.com
                         mbove@pszjlaw.com
                         crobinson@pszjlaw.com

          Attorneys for SFX Litigation Trust