# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al*[1] | Case No.: 16-10238 (MFW) |
| Debtors. | (Jointly Administered) |
| DEAN A. ZIEHL, AS LITIGATION TRUSTEE FOR THE SFX LITIGATION TRUST, | Chapter 11 |
| Plaintiff | Adv. Pro. No. 18-50166 (MFW) |
| vs. | |
| SUNBELT RENTALS, INC., a North Carolina corporation | |
| Defendant. | |

## ORDER APPROVING STIPULATION EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT

After considering the parties' stipulation to extend the time for the Defendant to answer or respond to the Complaint, it is hereby ORDERED that the Stipulation attached as <u>Exhibit 1</u> hereto is APPROVED, and the Defendant's time to answer or respond to the Complaint is hereby further extended to May 11, 2018, without prejudice to any party seeking any further relief.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SPX-Disco Intermediate Holdco LLC (5441); SPX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SPX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SPX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SPX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Cooperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15 Floor, New York, NY 10010.
DOCS_DE:219101.1 76897/001

EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al*[1] | Case No.: 16-10238 (MFW) |
| Debtors. | (Jointly Administered) |
| DEAN A. ZIEHL, AS LITIGATION TRUSTEE FOR THE SFX LITIGATION TRUST, | Chapter 11 |
| Plaintiff | Adv. Pro. No. 18-50166 (MFW) |
| vs. | |
| SUNBELT RENTALS, INC., a North Carolina corporation | |
| Defendant. | |

**STIPULATION BY AND BETWEEN PLAINTIFF AND
DEFENDANT EXTENDING DEFENDANT'S TIME TO
FILE AN ANSWER OR RESPOND TO COMPLAINT**

The above-captioned plaintiff (the "Plaintiff") and defendant (the "Defendant," and together with the Plaintiff, the "Parties") hereby agree to extend Defendant's time to file an answer or respond to the complaint filed by the Plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"). In support hereof, the parties state as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SPX-Disco Intermediate Holdco LLC (5441); SPX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SPX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SPX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SPX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Cooperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15 Floor, New York, NY 10010.

DOCS_DE:219101.1 76897/001

The Plaintiff initiated the Adversary Proceeding against the Defendant by filing a complaint [Adv. Docket No. 18-50166] (the "Complaint") with this Court on January 25, 2018.

In order to allow the parties an opportunity to resolve the Adversary Proceeding on the merits, the Plaintiff and the Defendant agreed to extend Defendant's time to file an answer or respond to the Complaint through and including May 11, 2018.

The parties' entry into this Stipulation shall be without prejudice to the ability of the parties to seek a further extension or modification of the Defendant's time to answer or respond to the Complaint.

Dated: April 19, 2018

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Colin R. Robinson
Kenneth H. Brown (CA Bar No. 100396)
Steven J. Kahn (CA Bar No 76933)
Maria A. Bove (NY Bar No. 3065943)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 1ih Floor
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: kbrown@pszjlaw.com
       skahn@pszjlaw.com
       mbove@pszjlaw.com
       crobinson@pszjlaw.com

Attorneys for SFX Litigation Trust.


/s/ Ashley A. Edwards
Ashley A. Edwards (NC Bar #40695)
PARKER POE ADAMS & BERNSTEIN LLP
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Tel: (704) 372-9000
Fax: (704) 334-5706

Attorneys for Sunbelt Rentals, Inc.

7